RECEIVED
APR 16 2004

## United States District Court    District  Mass

| Name | Prisoner    Case No. |
|---|---|
| Coffman James | No. W50228  03-02228 |

Place of Confinement   Walpole Cedar Junction

| Name of Petitioner (include name under which convicted) | Name of Respondent (authorized person having custody of petitioner) |
|---|---|

James Coffman    v.   David Nolan

The Attorney General of the State of:

### PETITION

1. Name and location of court which entered the judgment of conviction under attack  Worcester Superior Court

2. Date of judgment of conviction  3-91

107-24

3. Length of sentence ___ 9 to 15 ___

4. Nature of offense involved (all counts) ___

Aggravate Rape  5 Count ___

___

___

5. What was your plea? (Check one)

(a) Not guilty      ☑

(b) Guilty      ☐

(c) Nolo contendere      ☐

    If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: ___

6. If you pleaded not guilty, what kind of trial did you have? (Check one)

(a) Jury      ☑

(b) Judge only      ☐

7. Did you testify at the trial?

   Yes ☐ No ☑

8. Did you appeal from the judgment of conviction?

   Yes ☑ No ☐

9. If you did appeal, answer the following:

(a) Name of court ___ Worcester Superior Court ___

(b) Result ___ Denial ___

(c) Date of result and citation, if known ___ 4-3-91 ___

(d) Grounds raised ___ Don't know ___

    (e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

(1) Name of court ___ No ___

(2) Result ___

(3) Date of result and citation, if known ___ No ___

(4) Grounds raised ___ No ___

    (f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

©West Group, 9/2000               107-25

(1) Name of court ___Norfolk, Dedham Court___

(2) Result ___Denial___

(3) Date of result and citation, if known _3-4-04_

(4) Grounds raised _Did not prove that they_ _owed me good time._

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?

Yes ☑ No ☐

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court _Norfolk Superior Court Dedham_

(2) Nature of proceeding _habeas corpus_ _Denial of EGT_

(3) Grounds raised _they won't credit me_ _for good time that is owed and that good_ _time will have me released_

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☑ No ☐

(5) Result ___Denial___

(6) Date of result ___3-4-04___

(b) As to any second petition, application or motion give the same information:

(1) Name of court ___None___

(2) Nature of proceeding ___None___

(3) Grounds raised ___None___

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐ No ☑

(5) Result ___None___

(6) Date of result ___None___

(c) Did you appeal to the highest state court having juris-

diction the result of action taken on any petition, application or motion?

    (1) First petition, etc.       Yes ☑ No ☐
    (2) Second petition, etc.    Yes ☐ No ☐

    (d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____

_____

_____

    12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.

    CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

    (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

    (b) Conviction obtained by use of coerced confession.

    (c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: _f_ _Because the defendant_
_to the judge that we can only earn 2/½ day which is wrong_
Supporting FACTS (state *briefly* without citing cases or law) _if your doing the CRA which is the_
_drug program you can earn up to 7/½ day_
_a month which i earn but they didnt_
_credit me with all of it._
_See forms attch to back._ →

B. Ground two: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

C. Ground three: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

D. Ground four _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____
_____
_____
_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: I didn't get to present my Exhibit showing that i did save this good.

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
     Yes ☐ No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
     (a) At preliminary hearing Robert Casey
     (b) At arraignment and plea Robert Casey
     (c) At trial Robert Casey
     (d) At sentencing Robert Casey
     (e) On appeal John Czrady
     (f) In any post-conviction proceeding Czrady
     (g) On appeal from any adverse ruling in a post-conviction proceeding
     _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
     Yes ☑ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

©West Group, 9/2000

Yes ☐ No ☑

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

_____

(b) Give date and length of the above sentence: March 15,1991
_____ 7 to 9 / ~~and~~ 9 to 15

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes ☐ No ☑

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

*James Coffman* PRO SE
_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

3-19-04
_____
*(date)*

_____
Signature of Petitioner

## § 107:2.1   Petitioner's memorandum of law in support of petition for writ of habeas corpus pursuant to 28 U.S.C.A. § 2254—state prisoner—federal—S.D. Ohio

*[Cover Page]*
*[Table of Contents]*
*[Table of Authorities]*

## I. INTRODUCTION

Petitioner *[Petitioner's Name]* asserts two principal arguments in support of her Petition for Writ of Habeas Corpus. First, Petitioner maintains that she was denied effective assistance of counsel by her trial counsel. Defense counsel had available to him significant evidence supporting an insanity

5.) The plaintiff is serving a sentence of 9 to 15 years at the
MCI. Cedar-Junction which was imposed by the Worcestor
County Superior Court on March 25, 1990. A copy of the
Mittimus for the controlling sentence is attached to this com-
plaint as Exhibit A.

6.) During plaintiffs sentence, plaintiff participated in work,
education, counseling or other programs at correctional insti-
tutions supervised by the defendant. A complete list of the
dates plaintiff was confined in each correctional institution,
including dates of participation in each program, is attached
to this complaint as Exhibit B.

7.) Plaintiff has asked defendant to credit plaintiff with all
good time deductions from plaintiff's sentence to which
plaintiff is entitled pursuant to G.L. c. 127 sec. 129 D, which
total 235.0 days. Defendant, however, has only credited
plaintiff with 322.0 days of earned good time deductions
from sentence.

8.) Defendant's refusal to credit plaintiff with said earn-
ed good time deductions from sentence will result in the
confinement of plaintiff past the end of plaintiff's sent-
ence, thereby violating plaintiff's rights to due process
of law under the Fourteenth Amendment to the United States
Constitution; Articles 1, 10, and 12 of the Declaration of

| DATES. | INST. | TYPE.W[ELP | MISSING EGT CREDITS |
|---|---|---|---|
| 4.93.10/93 | SHIRLMED | CRA.PROG | 45.0 |
| 11/93 | SHIRLEY | WORK | 2.5 |
| 12/93.]1/94 | SHIRLEY | AFTER CARE PROG | 15.0 |
| 8/95.10/95 | WALPOLE | WORK | 7.5 |
| 6/96.7/96 | WALPOLE | EDUC.RELEASE | 5.0 |
| 9/97.5/98 | NORFOLK | WORK/EDUC SMALL,ENG/SCHOOL | 45.0 |
| 11/98 | NORFOLK | WORK | 2.5 |
| 12/98.5/99 | NORFOLK | CRA PROG | 45.0 |
| 6/99.7/99 | NORFOLK | AFTERCARE.PROG | 15.0 |
| 8/99.9/99 | NORFOLK | WORK/EDUC/PROG. | 22.5 |
| 11/99 | NORFOLK | EDUC RELEASE | 2.5 |
| 2/01 | OCCC | GED | 5.0 |
| 10/01.11/01 | OCCC | GED | 5.0 |
| 9/02 | OCCC | GED/ WORK | 5.0 |
| 7/03.12/03 | WALPOLE | WORK | 15.0 |
| | | | 235.0   TOTAL |

PLAINTIFF
EXHIBIT

# Massachusetts Department of Correction
## Deduction from Sentence
### MCI CEDAR JUNCTION

Report Date:            20031211 14:49:48
Report Prepared By:     Howard, Kathy
Commitment #:
                        COFFMAN, JAMES (W50228)
Sentencing Unit:        A
Commit Effective Date:  19901220
Report Period:          19900101 through 20031231

| Period ending | Prog Type | Program Name | Participation Dates | Inst | Rating | Days Recommended | Days Granted |
|---|---|---|---|---|---|---|---|
| 1996 0430 | WORK | Institutional Employment | | WAL | S | 2.5 | 2.5 |
| | | Total for period ending 1996 0430 : | | | | 2.5 | 2.5 |
| 1996 0531 | EDUC | EDUCATIONAL RELEASE | | WAL | S | 2.5 | 2.5 |
| | WORK | Institutional Employment | | WAL | S | 2.5 | 2.5 |
| | | Total for period ending 1996 0531 : | | | | 5.0 | 5.0 |
| 1996 0630 | EDUC | EDUCATIONAL RELEASE | | WAL | S | 2.5 | 2.5 |
| | | Total for period ending 1996 0630 : | | | | 2.5 | 2.5 |
| 1996 0731 | EDUC | EDUCATIONAL RELEASE | | WAL | I | 0.0 | 0.0 |
| | | Total for period ending 1996 0731 : | | | | 0.0 | 0.0 |
| 1996 0831 | EDUC | EDUCATIONAL RELEASE | | WAL | I | 0.0 | 0.0 |
| | | Total for period ending 1996 0831 : | | | | 0.0 | 0.0 |
| 1996 1130 | WORK | Institutional Employment | | WAL | S | 2.5 | 2.5 |
| | | Total for period ending 1996 1130 : | | | | 2.5 | 2.5 |
| 1996 1231 | WORK | Institutional Employment | | WAL | S | 2.5 | 2.5 |
| | | Total for period ending 1996 1231 : | | | | 2.5 | 2.5 |

Page 6 of 14

PAGE 08          6177276551          15:51  2002/11/21

# Massachusetts Department of Correction
## Deduction from Sentence
## MCI CEDAR JUNCTION

Report Date:             20031211 14:49:48
Report Prepared By:      Howard, Kathy
Commitment #:
Inmate:                  COFFMAN, JAMES (W50228)
Sentencing Unit:         A
Unit Effective Date:     19901220
Report Period:           19900101 through 20031231

| Period Ending | Prog Type | Program Name | Participation Dates | Inst Rating | Days Recommended | Days Granted |
|---|---|---|---|---|---|---|
| 1998 0630 | WORK | Institutional Employment | | NOR  S | 2.5 | 2.5 |
| | | Total for period ending  1998 0630 : | | | 2.5 | 2.5 |
| 1998 1231 | EDUC | PROGRAM UNIT EDUCATION PARTICIPATION | | NOR  S | 2.5 | 2.5 |
| | WORK | Institutional Employment | | NOR  S | 2.5 | 2.5 |
| | WORK | PROGRAM UNIT WORK PARTICIPATION | | NOR  I | 0.0 | 0.0 |
| | PROG | PROGRAM UNIT PROGRAM PARTICIPATION | | NOR  S | 2.5 | 2.5 |
| | | Total for period ending  1998 1231 : | | | 7.5 | 7.5 |
| 1999 0131 | EDUC | PROGRAM UNIT EDUCATION PARTICIPATION | | NOR  S | 2.5 | 2.5 |
| | WORK | PROGRAM UNIT WORK PARTICIPATION | | NOR  I | 0.0 | 0.0 |
| | EDUC | EDUCATIONAL RELEASE | | NOR  I | 0.0 | 0.0 |
| | PROG | PROGRAM UNIT PROGRAM PARTICIPATION | | NOR  S | 2.5 | 2.5 |
| | | Total for period ending  1999 0131 : | | | 5.0 | 5.0 |
| 1999 0228 | EDUC | PROGRAM UNIT EDUCATION PARTICIPATION | | NOR  S | 2.5 | 2.5 |
| | PROG | PROGRAM UNIT PROGRAM PARTICIPATION | | NOR  S | 2.5 | 2.5 |
| | EDUC | EDUCATIONAL RELEASE | | NOR  I | 0.0 | 0.0 |
| | WORK | PROGRAM UNIT WORK PARTICIPATION | | NOR  S | 2.5 | 2.5 |
| | | Total for period ending  1999 0228 : | | | 7.5 | 7.5 |

# Massachusetts Department of Correction
## Deduction from Sentence
## MCI CEDAR JUNCTION

Report Date: 20031211 14:49:48
Report Prepared By: Howard, Kathy
Commitment #: COFFMAN, JAMES (W50228)
Sentencing Unit: A
Unit Effective Date: 19901220
Report Period: 19900101 through 20031231

| Period Ending | Prog Type | Program Name | Participation Dates | Inst | Rating | Days Recommended | Days Granted |
|---|---|---|---|---|---|---|---|
| 1999 0331 | EDUC | PROGRAM UNIT EDUCATION PARTICIPATION | | NOR | S | 2.5 | 2.5 |
| | EDUC | EDUCATIONAL RELEASE | | NOR | I | 0.0 | 0.0 |
| | WORK | PROGRAM UNIT WORK PARTICIPATION | | NOR | S | 2.5 | 2.5 |
| | PROG | PROGRAM UNIT PROGRAM PARTICIPATION | | NOR | S | 2.5 | 2.5 |
| Total for period ending 1999 0331 : | | | | | | 7.5 | 7.5 |
| 1999 0430 | EDUC | PROGRAM UNIT EDUCATION PARTICIPATION | | NOR | S | 2.5 | 2.5 |
| | WORK | PROGRAM UNIT WORK PARTICIPATION | | NOR | S | 2.5 | 2.5 |
| | PROG | PROGRAM UNIT PROGRAM PARTICIPATION | | NOR | S | 2.5 | 2.5 |
| Total for period ending 1999 0430 : | | | | | | 7.5 | 7.5 |
| 1999 0531 | EDUC | PROGRAM UNIT EDUCATION PARTICIPATION | | NOR | S | 2.5 | 2.5 |
| | PROG | PROGRAM UNIT PROGRAM PARTICIPATION | | NOR | S | 2.5 | 2.5 |
| | WORK | PROGRAM UNIT WORK PARTICIPATION | | NOR | S | 2.5 | 2.5 |
| Total for period ending 1999 0531 : | | | | | | 7.5 | 7.5 |
| 1999 0930 | EDUC | EDUCATIONAL RELEASE | * | NOR | S | 2.5 | 2.5 |
| | EDUC | EDUCATIONAL RELEASE | | NOR | I | 0.0 | 0.0 |
| Total for period ending 1999 0930 : | | | | | | 2.5 | 2.5 |
| 1999 1031 | EDUC | EDUCATIONAL RELEASE | | NOR | S | 2.5 | 2.5 |
| Total for period ending 1999 1031 : | | | | | | 2.5 | 2.5 |

Massachusetts Department of Correction
Deduction from Sentence
MCI CEDAR JUNCTION

Report Date:           20031211 14:49:48
Report Prepared By:    Howard, Kathy
Commitment #:          COFFMAN, JAMES (W50228)
Sentencing Unit:       A
Unit Effective Date:   19901220
Report Period:         19990101 through 20031231

| Period Ending | Prog Type | Program Name | Participation Dates | Inst | Rating | Days Recommended | Days Granted |
|---|---|---|---|---|---|---|---|
| 9 1130 | EDUC | EDUCATIONAL RELEASE | | NOR | I | 0.0 | 0.0 |
| | | Total for period ending 1999 1130 : | | | | 0.0 | 0.0 |
| 2001 0228 | EDUC | EDUCATIONAL RELEASE | | OCC | I | 0.0 | 0.0 |
| | | Total for period ending 2001 0228 : | | | | 0.0 | 0.0 |
| 2001 0331 | WORK | Institutional Employment | | OCC | S | 2.5 | 2.5 |
| | | Total for period ending 2001 0331 : | | | | 2.5 | 2.5 |
| 2001 0430 | WORK | Institutional Employment | | OCC | S | 2.5 | 2.5 |
| | | Total for period ending 2001 0430 : | | | | 2.5 | 2.5 |
| 2001 0531 | WORK | Institutional Employment | | OCC | S | 2.5 | 2.5 |
| | | Total for period ending 2001 0531 : | | | | 2.5 | 2.5 |
| 2001 0630 | WORK | Institutional Employment | | OCC | S | 2.5 | 2.5 |
| | | Total for period ending 2001 0630 : | | | | 2.5 | 2.5 |
| 2001 0731 | EDUC | EDUCATIONAL RELEASE | | OCC | S | 2.5 | 2.5 |
| | WORK | Institutional Employment | | OCC | S | 2.5 | 2.5 |
| | | Total for period ending 2001 0731 : | | | | 5.0 | 5.0 |

Massachusetts Department of Correction
Deduction from Sentence
MCI CEDAR JUNCTION

Report Date: 20031211 14:49:48
Report Prepared By: Howard, Kathy
Commitment #: COFFMAN, JAMES (W50228)
Sentencing Unit: A
Unit Effective Date: 19901220
Report Period: 19900101 through 20031231

| Period Ending | Prog Type | Program Name | Participation Dates | Inst | Rating | Days Recommended | Days Granted |
|---|---|---|---|---|---|---|---|
| 01 1031 | EDUC | GENERAL EQUIVALENCY DIPLOMA | | OCC | U | 0.0 | 0.0 |
| | | Total for period ending 2001 1031 : | | OCC | U | 0.0 | 0.0 |
| 001 1130 | EDUC | GENERAL EQUIVALENCY DIPLOMA | | OCC | U | 0.0 | 0.0 |
| | | Total for period ending 2001 1130 : | | | | 0.0 | 0.0 |
| 001 1231 | WORK | Institutional Employment | | OCC | S | 2.5 | 2.5 |
| | | Total for period ending 2001 1231 : | | | | 2.5 | 2.5 |
| 0002 0131 | WORK | Institutional Employment | | OCC | S | 2.5 | 2.5 |
| | | Total for period ending 2002 0131 : | | | | 2.5 | 2.5 |
| 0002 0228 | WORK | Institutional Employment | | OCC | S | 2.5 | 2.5 |
| | | Total for period ending 2002 0228 : | | | | 2.5 | 2.5 |
| 002 0331 | WORK | Institutional Employment | | OCC | S | 2.5 | 2.5 |
| | | Total for period ending 2002 0331 : | | | | 2.5 | 2.5 |
| 002 0430 | WORK | Institutional Employment | | OCC | S | 2.5 | 2.5 |
| | | Total for period ending 2002 0430 : | | | | 2.5 | 2.5 |
| 2002 0531 | WORK | Institutional Employment | | OCC | S | 2.5 | 2.5 |
| | | Total for period ending 2002 0531 : | | | | 2.5 | 2.5 |

# Massachusetts Department of Correction
## Deduction from Sentence
### MCI CEDAR JUNCTION

Report Date: 20031211 14:49:48
Report Prepared By: Howard, Kathy
Commitment #:
Sentencing Unit: A
Unit Effective Date: 19901220
Report Period: 19900101 through 20031231

COFFMAN, JAMES (W50228)

| Period Ending | Prog Type | Program Name | Participation Dates | Inst | Rating | Days Recommended | Days Granted |
|---|---|---|---|---|---|---|---|
| 2 0831 | WORK | Institutional Employment | | OCC | S | 2.5 | 2.5 |
| | | Total for period ending 2002 0831 : | | | | 2.5 | 2.5 |
| 2002 0930 | WORK | Institutional Employment | | OCC | S | 2.5 | 2.5 |
| | EDUC | GENERAL EQUIVALENCY DIPLOMA | | OCC | U | 0.0 | 0.0 |
| | WORK | Institutional Employment | | OCC | S | 2.5 | 0.0 |
| | | Total for period ending 2002 0930 : | | | | 5.0 | 2.5 |
| 2002 1031 | WORK | Institutional Employment | | OCC | S | 2.5 | 2.5 |
| | | Total for period ending 2002 1031 : | | | | 2.5 | 2.5 |
| 2002 1130 | WORK | Institutional Employment | | OCC | S | 2.5 | 2.5 |
| | | Total for period ending 2002 1130 : | | | | 2.5 | 2.5 |
| 2002 1231 | WORK | Institutional Employment | | OCC | S | 2.5 | 2.5 |
| | | Total for period ending 2002 1231 : | | | | 2.5 | 2.5 |
| 2003 0131 | WORK | Institutional Employment | | OCC | S | 2.5 | 2.5 |
| | | Total for period ending 2003 0131 : | | | | 2.5 | 2.5 |
| 2003 0228 | WORK | Institutional Employment | | OCC | S | 2.5 | 2.5 |
| | | Total for period ending 2003 0228 : | | | | 2.5 | 2.5 |



# certificate
## of
# attendance

Awarded to _____ JAMES COFFMAN

W50228

for successfully completing the requirements of

PHASE ONE OF THE SUBSTANCE ABUSE UNIT.

on _____ SEPTEMBER 28 _____ 19 93 _____

Director of Programs

## The Commonwealth of Massachusetts
Massachusetts Correctional Institution
Shirley

# Certificate of Completion

## Massachusetts Department of Correction

### Spectrum
**HEALTH SYSTEMS, INC.**

This is to certify that

James  Coffman

has successfully completed the

## Correctional Recovery Academy

on this  4th  day of  June  1999

Because we know that our lives matter, that we can be greater than our circumstances, that we can return good for harm, we therefore humble ourselves to learning. Our graduation is a true commencement – let us begin anew.

_Director of Treatment_

_Academy Supervisor_

# certificate
## of
# attendance

*Awarded to* JAMES COFFMAN                W-50228

*for successfully completing the requirements of the*

SUBSTANCE ABUSE EDUCATION PROGRAM

*on* _____ 19 93

M.C.I. SHIRLEY
DEPUTY SUPT. CLASSIFICATION AND PROGRAMS
RECEIVED
MAY 1 2 1993
AM
7,8,9,10,11,12,1,2,3,4,5,6 PM

Director of Programs

The Commonwealth of Massachusetts
Massachusetts Correctional Institution
Shirley