%AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____ District of _____

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, James Coffman, declare that I am the (check appropriate box)
[X] petitioner/plaintiff/movant    [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [X] Yes    [ ] No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  Walpole pnsa

   Are you employed at the institution? No    Do you receive any payment from the institution? No

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    [ ] Yes    [X] No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    [ ] Yes    [X] No
   b. Rent payments, interest or dividends             [ ] Yes    [X] No
   c. Pensions, annuities or life insurance payments   [ ] Yes    [X] No
   d. Disability or workers compensation payments      [ ] Yes    [X] No
   e. Gifts or inheritances                            [ ] Yes    [X] No
   f. Any other sources                                [ ] Yes    [X] No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_5-4-04_   _James Coffua_
Date        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date :  20040517 08:22

| | | | | | | | | Page : 2 |
|---|---|---|---|---|---|---|---|---|
| Commit# : | W80238 | | | | MCI NORFOLK | | | |
| Name : | COFFMAN, JAMES F. | | | Statement From | 20040201 | | | |
| Inst : | MCI NORFOLK | | | To | 20040517 | | | |
| Block : | 8-1 | | | | | | | |
| Cell/Bed : | 121 /B | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $573.49 | $579.08 | $202.83 | $201.81 |

| | | Personal | Savings |
|---|---|---|---|
| | Balance as of ending date : | $0.17 | $202.07 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $0.17 | $202.07 | $0.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :   20040517 08:22

Commit# :   W50228                                        MCI NORFOLK                         Page :   1

Name :   COFFMAN, JAMES, F.                   Statement From   20040201

Inst :   MCI NORFOLK                          To   20040517

Block :   S 1

Cell/Bed :   121 /B

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $1,078.92 | $1,073.16 | $582.43 | $381.38 |
| 20040202 08:36 | ML - Mail | 2322066 | | CJ | - J H | $30.00 | $0.00 | $0.00 | $0.00 |
| 20040202 22:30 | CN - Canteen | 2324342 | | CJ | -Canteen Date : 20040202 | $0.00 | $5.18 | $0.00 | $0.00 |
| 20040209 22:31 | CN - Canteen | 2358847 | | CJ | -Canteen Date : 20040209 | $0.00 | $28.83 | $0.00 | $0.00 |
| 20040210 11:40 | IS - Interest | 2363825 | | CJ | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20040210 11:40 | IS - Interest | 2363826 | | CJ | | $0.00 | $0.00 | $0.24 | $0.00 |
| 20040218 08:37 | ML - Mail | 2403977 | | CJ | -TASHA | $30.00 | $0.00 | $0.00 | $0.00 |
| 20040223 22:30 | CN - Canteen | 2427398 | | CJ | -Canteen Date : 20040223 | $0.00 | $31.43 | $0.00 | $0.00 |
| 20040302 09:50 | ML - Mail | 2457854 | M/0080125 30321 | CJ | -CHRISTINA FERNAND | $200.00 | $0.00 | $0.00 | $0.00 |
| 20040302 09:51 | ML - Mail | 2457864 | M/0760360 8070 | CJ | - M COFFMAN | $300.00 | $0.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2495162 | | CJ | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2495163 | | CJ | | $0.00 | $0.00 | $0.25 | $0.00 |
| 20040310 09:18 | EX - External Disbursement | 2597864 | 30034 | CJ | - CHARLES MORRIS | $0.00 | $500.00 | $0.00 | $0.00 |
| 20040315 22:30 | CN - Canteen | 2530427 | | CJ | -Canteen Date : 20040315 | $0.00 | $42.84 | $0.00 | $0.00 |
| 20040322 22:30 | CN - Canteen | 2559465 | | CJ | -Canteen Date : 20040322 | $0.00 | $49.60 | $0.00 | $0.00 |
| 20040329 22:30 | CN - Canteen | 2588042 | | CJ | -Canteen Date : 20040329 | $0.00 | $49.90 | $0.00 | $0.00 |
| 20040330 11:23 | EX - External Disbursement | 2590757 | 30278 | CJ | -BENNETT BROTHERS | $0.00 | $13.00 | $0.00 | $0.00 |
| 20040405 22:30 | CN - Canteen | 2617957 | | CJ | -Canteen Date : 20040405 | $0.00 | $41.47 | $0.00 | $0.00 |
| 20040412 22:30 | CN - Canteen | 2646730 | | CJ | -Canteen Date : 20040412 | $0.00 | $1.63 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2655675 | | CJ | | $0.30 | $0.00 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2655676 | | CJ | | $0.00 | $0.00 | $0.27 | $0.00 |
| 20040415 13:50 | VC - Voided Check | 2681490 | 30278 | CJ | -BENNETT BROTHERS | $13.00 | $0.00 | $0.00 | $0.00 |
| 20040419 22:30 | CN - Canteen | 2689670 | | CJ | -Canteen Date : 20040419 | $0.00 | $2.20 | $0.00 | $0.00 |
| 20040426 22:30 | CN - Canteen | 2718459 | | CJ | -Canteen Date : 20040426 | $0.00 | $12.84 | $0.00 | $0.00 |
| 20040507 08:10 | TI - Transfer from Institution | 2770075 | | CJ | | $0.00 | $0.16 | $0.00 | $0.00 |
| 20040507 08:10 | TI - Transfer from Institution | 2770076 | | NOR | | $0.16 | $0.00 | $0.00 | $0.00 |
| 20040507 08:10 | TI - Transfer from Institution | 2770077 | | CJ | | $0.00 | $0.00 | $0.00 | $201.81 |
| 20040507 08:10 | TI - Transfer from Institution | 2770078 | | NOR | | $0.00 | $0.00 | $201.81 | $0.00 |
| 20040513 07:32 | IS - Interest | 2799956 | | NOR | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2799957 | | NOR | | $0.00 | $0.00 | $0.26 | $0.00 |