# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

JAMES COFFMAN
        Petitioner,

    v.

DAVID NOLAN,
        Respondent.

CIVIL ACTION

NO. 04-10788-MEL

## ORDER ON APPLICATION TO PROCEED
## WITHOUT PREPAYMENT OF FEES

Having considered the petitioner's Application to Proceed Without Prepayment of Fees and Affidavit under 28 U.S.C. § 1915;

☒    In accordance with Fed. R. Civ. P. 5(e), the clerk filed this petition on 4/16/04 and assigned it Civil Action No. 04-10788

## ORDERS

Based upon the foregoing, it is ORDERED:

1. May the application to proceed without prepayment of fees be GRANTED?
   Yes ☒    No ☐

2. Is it FURTHER ORDERED, in accordance with 28 U.S.C. § 1915(b)(2), that the clerk send a copy of this Order to the institution having custody of plaintiff?
   Yes ☐    No ☒

6/21/04                     s/ Morris E. Lasker
DATE                      UNITED STATES DISTRICT JUDGE